UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:20-CR-00007-PPS-JEM |
| | ) | |
| KELSIE LEILYN GAULER | ) | |

## MOTION TO DISMISS

Comes now the United States of America to move the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment against this Defendant with prejudice in the above-captioned cause, due to her unfortunate death by suicide on March 15, 2021. *See* Exhibit A (Obituary of Kelsie Leilyn Gauler), filed herewith.

WHEREFORE, the United States seeks leave of Court pursuant to Rule 48(a) to dismiss the indictment against Kelsie Leilyn Gauler with prejudice.

GARY T. BELL
ACTING UNITED STATES ATTORNEY

BY:   /s/ Jill Koster
Jill Koster
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana   46320
Tel:   (219) 937-5500
Fax:   (219) 852-2770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2021, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Indiana using the CM/ECF system, which sent notice of this filing to all parties.

/s/ Jill Koster
Assistant U.S. Attorney