EXHIBIT A – Obituary of Kelsie Leilyn Gauler

### Kelsie Leilyn Gauler

Feb. 18, 1992 – March 15, 2021



LaCROSSE, IN — Kelsie Leilyn Gauler, 29, of LaCrosse, and formerly of Hebron, passed away Monday, March 15, 2021. She was born February 18, 1992, in Valparaiso to Mark Lawrence and Kimberly Jo (Dutcher) Gauler. Kelsie had a very outgoing and friendly personality combined with a great sense of humor and quick wit. She loved fashion and enjoyed cooking. Kelsie also enjoyed gymnastics and was a huge supporter of Valpo Gymnastics.

Kelsie is survived by her mother, Kimberly; sons, Hunter and Owen Krueger; siblings, Kalyn and Cody Gauler; nephew, Brayden Bacon; grandmother, Jeanette Gauler; special aunt and uncle, Sherry and Matt Gauler; brother-cousin, Patrick Bonzani; father of her sons, James Krueger; many special cousins; and her special cat, Little Mama. She was preceded in death by her father, Mark; grandparents, James and Marvalene Dutcher and John Lawrence Gauler; and aunt, Eve Lynette Gauler.

Visitation will be held Saturday, March 20, 2021, from 1:00-3:00 PM at Moeller Funeral Home 104 Roosevelt Road, Valparaiso, with a funeral service beginning at 3:00 PM. Face masks are required. In lieu of flowers, memorials are requested to the Porter County Animal Shelter.